746 A.2d 455

T.A.G., PLAINTIFF, v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES, ET AL., DEFENDANTS–MOVANTS.

January 12, 2000.

Dismiss the appeal is granted.

746 A.2d 455

THE STATE OF NEW JERSEY, ETC., PLAINTIFF–MOVANT, v. R.J. REYNOLDS TOBACCO COMPANY, ET AL., DEFENDANT–RESPONDENT.

January 28, 2000.

Leave to appeal is granted. The Appellate Division is directed to accelerate argument and disposition of the appeal. Jurisdiction is not retained.